## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**RAHMAN X**                                                                                          **PLAINTIFF**
**ADC #090163**

**v.**                            **Case No: 4:22-CV-01036-LPR-PSH**

**DEXTER PAYNE,** *Director, ADC,* **et al.**                                        **DEFENDANTS**

## <u>ORDER</u>

On October 26, 2022, Plaintiff Rahman X, an inmate at the Arkansas Division of Correction's Varner Supermax Unit, filed a *pro se* complaint pursuant to 42 U.S.C. § 1983.[1] Mail sent to Mr. X at his latest address was returned as undeliverable on December 7 and 11, 2023.[2] Accordingly, on December 12, 2023, the Court entered an Order directing Mr. X to provide notice of his current mailing address within thirty days if he wished to proceed with this lawsuit.[3] The Court warned Mr. X that his failure to comply with the Order may cause his Complaint to be dismissed.[4]

Mr. X has not complied with, or otherwise responded to, the Court's December 12 Order, and the time for doing so has expired. Mr. X's Complaint is therefore DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2) and Rule 41(b) of the Federal Rules of Civil Procedure. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

---

[1] Compl. (Doc. 2).

[2] Docs. 40 & 41.

[3] Order (Doc. 42). The Order was entered by United States Magistrate Judge Patricia S. Harris.

[4] *Id.*

IT IS SO ORDERED this 22nd day of January 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE